Lee E. Szymborski
4605 Black Stallion Avenue
North Las Vegas Nevada, 89031
(702) 726-9956
leeandassociates1@outlook.com

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

FEB 25 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# DISTRICT OF NEVADA

LEE EDWARD SZYMBORSKI
        PLAINTIFF,
        VERSES
THE CITY OF NORTH LAS VEGAS

THE CITY OF NORTH LAS VEGAS
MUNICIPAL COURT JUDGE SEAN
HOEFFGEN IN HIS OFFICIAL AND
INDIVIDUAL CAPACITY

THE CITY OF NORTH LAS VEGAS
POLICE DEPARTMENT,

OFFICER DALE SMOCK IN HIS
OFFICIAL AND INDIVIDUAL
CAPACITY.

.

COMPLAINT

# 2:19-cv-00335-JAD-VCF

JURY DEMAND

PLEADING TITLE - 1

**COMES NOW** the Plaintiff, Lee Edward Szymborski is compelled to file  for his claims of relief against Defendants and each of them jointly and severally, based upon knowledge And belief, Video and Documentary material evidence and clear evidence; Multiple Eyewitnesses and derived therefrom;

ALLEGE, COMPLAIN, AND FACTUALLY  STATE AS FOLLOWS;

### JURISDICTION AND VENUE

1. This Court has jurisdiction of this action within the meaning of 42 U.S.C. $$12181-12189, 42 U.S.C. 12102,12132 12182 , and all implementing regulations in its entirety.

2.  42 U.S.C. $1985 (3)- CONSPIRACY

3. $$ 12182, 28 C.F.R. $ 35.130(g), 42 U.S.C $$1983,1985,1986,1988 12112(b)(4), 12182(b)(1) (€). and is therefore; subject to Title 11 of the ("ADA"), 42 U.S.C. $$ 12131 and all implementing regulations encompassing 28 C.F.R. **All Defendants** are sued by violating  all the above aforementioned regulations as well as all listed state claims.

4.  THE CITY OF NORTH LAS VEGAS are **"recipients"** of "Federal Financial Assistance" and are therefore subject to

PLEADING TITLE - 2

Section 504, 29 U.S.C. $ 794, and all the implementing regulations in its entirety.

5. This Court has authority to grant a declaratory judgement pursuant to 28 U.S.C.$ 12117, as applied to all of defendant's Title 11 claims.

6. Venue is appropriate pursuant to 28 U.S.C. $ 1391 because the defendants are located in Nevada and all of the events or omissions giving rise to the claims under Title 11 and ("Section 504") occurred in Nevada and applies to THE CITY OF NORTH LAS VEGAS AND THE CITY OF NORTH LAS VEGAS POLICE DEPARTMENT.

7. This Court also has subject matter jurisdiction pursuant to 28 U.S.C. 1983 due to the deprivation of rights, privileges, and immunities secured to Plaintiff under the Fourth, Sixth, Eighth, Fourteenth Amendments to the United States Constitution and applies to The CITY OF NORTH LAS VEGAS, and all the aforementioned Claims applying to THE CITY OF NORTH LAS VEGAS POLICE DEPARTMENT except The Sixth Amendment.

8. This Court has subject matter jurisdiction pursuant to 42 U.S.C. 1983 (Monell Liability) Custom, Policy, Practice; and applies to

Defendant THE CITY OF NORTH LAS VEGAS and THE CITY OF NORTH LAS VEGAS POLICE DEPARTMENT.

9. This Court has supplemental jurisdiction over Plaintiff's causes of action arising under Nevada State Law pursuant to 28 U.S.C.1367 (and all implementing regulations in its entirety) and 42-U.S.C.$ 1985-CONSPIRACY and applies to all Defendant's.

10. Venue lies in the Southern Division of the United States District Court for the District of Nevada pursuant to 28 U.S.C.1391 (a)(1) and 28 U.S.C. 1391(b) (2) 28 U.S.C. (and all implementing regulations in its entirety) because one or more Defendants is a Political Subdivision of the State of Nevada, and because the underlying acts, omissions, events, injuries, and related facts upon which the present action is based, occurred in Clark County, Nevada.

**PARTIES**

**PLAINTIFF**

PLEADING TITLE - 4

11. Plaintiff Lee Szymborski is a 64 year old "Qualified Disabled Person" and a member of the Protected Class of Citizens under the umbrella of The Americans With Disabilities Act ("ADA").

12.    Plaintiff is permanently mentally and physically disabled and is currently receiving Social Security Disability benefits.

13.    Plaintiff suffers from a Traumatic Brain Injury.

14.    Plaintiff is diagnosed with cognitive defects and post concussive balance impairment. Plaintiff has frequent headaches with Post Traumatic Stress Disorder ("PTSD") .

15.    Plaintiff constantly experiences anxiety, severe anxiety, panic disorder, frequent panic attacks, frequent mood changes, depression and Social Adjustment Disorders.

16.    These mental impairments interfere with Plaintiff's brain function, major bodily functions, and substantially limit the Plaintiff's ability to perform his various tasks of daily living.

17.    Plaintiff is legally blind in his right eye having been diagnosed with an optic pit on his optic nerve and unfortunately, the condition will not return to normal.

18.    Plaintiff has been diagnosed with several Herniated discs in his lower lumbar spine at L2 L3 L4 L5 and L5 -S1. Plaintiff has a disk

osteophyte complex at the C3 C4 C5 C6 and disk bulges at C4 C5 C6 C7, and C7-T1.

19.     Plaintiff is in constant pain throughout the day and has chronic insomnia due to his back pain and mental impairments. Plaintiff's mental and physical disabilities also severely limit the Plaintiff's ability to perform the various tasks of daily living and to communicate effectively with other people.

20.     Plaintiff has no choice but to engage in several hours of physical therapy on a daily basis for pain management to prevent the pain from becoming unbearable, as his physical impairments are inoperable and is now under the care of a Chiropractor.

21.     Plaintiff is under the care of a Board Certified Psychiatrist and Psychologist for his mental impairments. Plaintiff also attends weekly group therapy classes for his Social Adjustment Disorder.

22.     Plaintiff is a Victim of Crime enrolled in the State of Nevada's Victim Of Crime Program; (Claim # 17-10033908) due to Plaintiff and Plaintiff's bicycle being **brutally run over** by a Convicted Felon neighbor driving a white Ford Explorer with another Convicted Felon neighbor riding in the white Ford Explorer as an accomplice on

September 6, 2016. The Brutal Attack was videotaped by Plaintiff and

featured by Channel 13 Anchorman David Schumann.

23.    **"CAUGHT ON CAMERA: MAN BRUTALLY**

**ATTACKED IN CHAOTIC SCENE".**

24.    In the video you can clearly hear the Convicted Felon neighbor

yelling "You're a dead man motherfucker! I am going to burn your

house down!". He and his accomplice also ran over Plaintiff's bicycle

carrying it over 4 blocks with the bicycle stuck on the front bumper

of the white Ford Explorer.

25.    Unfortunately, despite clear videotaped evidence and Plaintiff's

true testimony ant that of witnesses, no arrest was made; and The City

of North Las Vegas  Police Department repeatedly let the continuing

life threatening situation escalate to more assaults while North Las

Vegas Police Officers acted under color of law following THE CITY

OF NORTH LAS VEGAS POLICE DEPARTMENT custom and

policy of not being in compliance with the AMERICANS WITH

DISABILITIES ACT ("ADA")  due to at least  inadequate training

going so far as to falsely issuing Plaintiff a Citation for "BEING A

NUiSANCE" while engaged in lawful activity calling 911 pleading

for help in yet another life threatening assault with a deadly weapon

where **the same assailants** tried to run over Plaintiff **again**!
Furthermore, after this incident these same Convicted Felon neighbors
committed **Grand Theft** invading Plaintiff's backyard and stealing
vintage bicycles and  bicycle parts caught by clear evidence shown to
Officers Silva and Spanbauer, and continuing  property damage
perpetrated  by the **same assailants**  by running over  Plaintiff's
mailbox three times met with deliberate indifference by Officers
Spanbauer and Silva after being shown clear evidence. Plaintiff has
suffered the  continuing deliberate indifference by  THE CITY OF
NORTH LAS VEGAS POLICE DEPARTMENT'S policy and
custom of "Deliberate Indifference to Mentally Disabled Citizens
 safety and property  and in violation of  the State of Nevada's Victim
of Crimes Program where THE CITY OF NORTH LAS VEGAS
POLICE DEPARTMENT has a statutory  duty to protect a Victim of
Crime from further harm. Defendant's non action resulted in
**continuing violations** of Plaintiff's Federally Protected Civil Rights
due to "Deliberate Indifference" and  at least lack of proper training.

26.    (See incorporated by reference  Exhibit A " Proof of Disability.
Proof of Victim of Crime, Channel 13 Caught on Camera News
coverage")

PLEADING TITLE - 8

27.    (See incorporated by reference "Exhibit B "-Video of Plaintiff being run over while riding a bicycle "Assault With A Deadly Weapon, Video of Convicted Felon Neighbor stealing bicycle parts. Picture of Plaintiff's run over mailbox by Convicted Felon neighbor in his white Ford Explorer **after the first Assault!**

28.    **This non -action shocks the conscious!**

**DEFENDANT CITY OF NORTH LAS VEGAS**

**DEFENDANT JUDGE SEAN HOEFFGEN**

DEFENDANT; THE CITY OF NORTH LAS VEGAS, a Municipal Corporation; including its respective departments, agencies, and other instrumentalities, is a **"public entity"** within the meaning of 42 U.S.C. $$ 12131-12134, and all enforcing Regulations and 28 C.F.R. part 35, **and therefore is subject to and is sued for violations of TITLE 11 OF THE AMERICANS WITH DISABILITIES ACT" (ADA")as well as JUDGE SEAN HOEFFGEN.**

Defendant **THE CITY OF NORTH LAS VEGAS AND DEFENDANT JUDGE DEAN HOEFFGEN** are sued by the implementing regulation 28 C.F.R. part 35, and as further defined by Title 11 Regulations.

THE CITY OF NORTH LAS VEGAS receives federal funding and is

not immune to Civil Lawsuits .

**Defendant's CITY OF NORTH LAS VEGAS AND JUDGE**

**SEAN HOEFFGEN  therefore are subject to Section 504 of the**

**Rehabilitation Act 1973, 29 U.S.C. $794 and the implementing**

**regulation, 28 C.F.R. Part 42 subpart G and are sued in that**

**capacity .**

Defendant's **THE CITY OF NORTH LAS VEGAS AND**

**JUDGE SEAN HOEFFGEN**  at all times as possessing the power

and authority to  BE IN COMPLIANCE WITH  Title 11 AND

SECTION 504 OF THE AMERICANS WITH DISABILITIES

ACT ("ADA") . **THE CITY OF NORTH LAS VEGAS** has the

authority to adopt policies and prescribe rules, regulations, and

practices affecting all areas of training, supervision, control,

employment and removal  (i.e.) **"FIRING"** of individual members

of the CITY OF NORTH LAS VEGAS POLICE DEPARTMENT

(hereafter "NLVPD")  and its ANIMAL CONTROL DIVISION,

JUDGE SEAN HOEFFGEN and CITY PROSECUTING

ATTORNEYS;  DEPUTY CITY ATTORNEY KIMBERLY

PHILLIPS, DEPUTY CITY ATTORNEY DEEP GOSWAMI,

DEPUTY CITY ATTORNEY JAMES SMEDLEY, emergency

call and dispatch employees, agents, other employees, servants and

contractors including its POLICY MAKERS,  and through

Defendant DALE SMOCK who supervises other ("NLVPD")

ANIMAL CONTROL OFFICERS.

29. Defendant DALE SMOCK was and is at all times relevant to this

action as the SUPERVISING OFFICER OF THE CITY OF

NORTH LAS VEGAS ANIMAL CONTROL DEPARTMENT

and was and is continuing to act under **COLOR OF STATE**

**LAW PERTAINING TO THE ENFORCEMENT OF THE**

**STATE OF NEVADA  AND CITY OF NORTH LAS VEGAS**

**NOISE ORDINANCES**  and continues to  violate The Americans

With Disabilities Act ("ADA") and  Civil Rights Violations

pursuant to 42 U.S.C. 1983 ,and State claims due to inadequate

training, lack of supervision, or policy and customs of THE CITY

OF NORTH LAS VEGAS POLICE DEPARTMENT. Therefore

JUDGE SEAN HOEFFGEN AND OFFICER  DALE SMOCK

are is sued in their  Official and Individual capacity   as to

Plaintiff's claims for violating Title 11 of THE AMERICANS

WITH DISABILITIES ACT("ADA") AND SECTION 504 OF

THE REHABILITION ACT 1973, 29 U.S.C. $794 AND ALL

ENCOMPASSING IMPLEMENTING REGULATIONS   arising

under aforementioned claims and claims pertaining to 42 U.S.C.

$ 1983, 1985(3),1986,1988 28 U.S.C. $ 1331, and as to Plaintiff's

State law claims (28 U.S.C.$$1331 1343, 1367)

### NORTH LAS VEGAS POLICE DEPARTMENT

30. DEFENDANT NORTH LAS VEGAS POLICE DEPARTMENT

is a Law Enforcement Agency for Clark County and THE CITY

OF NORTH LAS VEGAS, with Jurisdiction over THE CITY OF

NORTH LAS VEGAS, and is tasked with enforcing Federal Laws,

Nevada Statutory Laws, Clark County Codes as well as the State

and local Nuisance Noise Ordinances.

WHEREAS, THE CITY OF NORTH LAS VEGAS POLICE

DEPARTMENT is an agency of THE CITY OF NORTH LAS

VEGAS, a **"PUBLIC ENTITY"** for purposes of 42 U.S. C.

$ 12132 and the implementing regulations, 28 C.F.R. $ 35.104 et

seq.

Defendant THE CITY OF NORTH LAS VEGAS POLICE

DEPARTMENT  is sued for violations of Title 11 and Section 504

of The Americans With Disabilities Act ("ADA")  of all

enforcement provisions for the failure to train Officers to handle

interactions with mentally ill individuals and are included in

"programs, services, or activities including handling **mental illness**

calls and calls of **legal conduct** to enforce the CITY OF NORTH

LAS VEGAS Nuisance noise ordinance regarding explosive

barking from a neighbors Commercial Dog kennel and related to

anxiety panic attacks due to Plaintiff's severe anxiety disability

under $ 12132 of the Americans With Disabilities Act ("ADA")

and for violations of 42 U.S.C. $$1983 ,$1985, 1986,1988 28

U.S.C.$$1331,1343, and   1367 and for Violations of The Fourth,

Eighth, and Fourteenth Amendments and supplemental  State

claims.

WHEREAS the Plaintiff , The City of North Las Vegas, The City

of North Las Vegas Police Department and its Police Officers have

a mutual goal of ensuring that they comply with the requirements

of Title 11 and Section 504  of the ("ADA")  and engage in a self-

evaluation and transition plan to remedy nonexistent policies and

inadequate training to deal with THE CITY OF NORTH LAS

VEGAS'S mentally ill population and to foster a transition time or

timetable within which THE CITY OF NORTH LAS VEGAS

POLICE DEPARTMENT will come into compliance with the

("ADA"), as well as appropriately enforcing Federal, State, and

local laws of which they take a Sworn Oath to do without Irrational

or Intentional Discrimination as in the case of Plaintiff and to

provide equall access to all programs and services;  therefore

Protecting The Rights of  Qualified Disabled City Residents

equally with the other Residents.

## NATURE  OF  THE ACTION

This is an action for money damages, declaratory, and injunctive

relief brought to enforce all the Regulations of  Title 11 of The

American's With Disabilities Act, ("ADA") 42 U.S.C

$12132,1213 et seq , 42 U.S.C. (all inclusive regulations) 42

U.S.C.  and Section 504.(all inclusive regulations)

This is an action for money damages, declaratory, and injunctive

relief brought pursuant to  ADA $12132 42 U.S.C. $$ 1983 and

1988, The Fourth, The Sixth, The Eighth, and Fourteenth

.Amendments to The United States Constitution, and under the laws

of the State of Nevada, 28 U.S.C. $ 1367(a), against THE CITY

PLEADING TITLE - 14

OF NORTH LAS VEGAS and THE CITY OF NORTH LAS

VEGAS POLICE DEPARTMENT except the Sixth Amendment.

**STANDING**

Plaintiff was directly affected by Defendant's practices and

policies, inadequate training, inadequate supervision and /or non

compliance with The Americans With Disabilities Act ("ADA") and

continuing "Deliberate Indifference" to the Constitutional Rights of

Qualified Mentally Disabled North Las Vegas Citizens; as set forth

more fully herein, and other abuses by Defendant's operating under

color of law as and non compliance with the ("ADA") alleged herein.

Therefore, an actual case and controversy exists between Plaintiff

and Defendant's concerning not only Disabled Plaintiff's Rights and

Privileges, but to all Disabled Mentally Ill North Las Vegas Citizens.


 **FACTS RELATED TO ALL CAUSES OF ACTION**

**SINCE MAY OF 2013 TO PRESENT, THE CITY OF NORTH**

**LAS VEGAS AND THE CITY OF NORTH LAS VEGAS**

**POLICE DEPARTMENT HAVE CREATED, ESTABLISHED,**

**AND CARRIED A POLICY, SCHEME, PATTERN OF**

**MISCONDUCT THAT WAS THE DRIVING FORCE OF**

# "DELIBERATE INDIFFERANCE"

# TO PLAINTIFF'S DEPRIVATION OF CIVIL RIGHTS AND

# "DICRIMINATORY ANIMUS" TO PLAINTIFF'S

# "REAL OR PERCEIVED" MENTALL ILLNESS AND

# HIS FAMILIAL ASSOCIATION WITH HIS GRAVELY

# MENTALLY ILL SON, SEAN SZYMBORSKI, VIOLATING

# "THE AMERICANS WITH DISABILITY ACT" ("ADA")

On or about May third 2013, my Son Sean came to visit me. He lived with my ex-wife Diana Thompson a couple of miles away. Just a few hours later my son had a suicidal overdose by smoking "Spice." He was lying in my guest bedroom in a pool of blood and he got up and started to charge at me. I ran outside, called 911, and several North Las Vegas Police Units arrived. The Officers had to extract my son from the washroom and put a "LEGAL 2000 Hold" on Sean. He was taken by Paramedics to Centennial Hills Hospital and then admitted to SPRING MOUNTAIN TREATMENT CENTER with acute psychosis, spice abuse and suicidal behavior.

That on May 14, 2013 at approximately 3:30 p.m., SPRING MOUNTAIN TREATMENT CENTER ,7000 Spring Mountain

Road, Las Vegas, NV. 89117, issued an "UNAUTHORIZED

UNSAFE DISCHARGE" of a mentally ill adult patient to wit: SEAN

T. SZYMBORSKI in Violation of NAC 449.332 to Plaintiff's home.

SPRING MOUNTAIN TREATMENT CENTER was directed by

KATHLEEN BUCHANEN to provide a guardianship for Sean T

SZYMBORSKI but failed to do so.

That SEAN T SZYMBORSKI was provided a taxi ride, released

without money, without appropriate medication, without ability to

care for himself, and being a danger to himself and others was driven

by the taxi to Plaintiff's home where he proceeded to smash the

doors, windows, walls, destroying the first floor of Plaintiff's home

and then went missing for three weeks and had hurt himself by self

inflicted injuries when he was found.

As a direct result of SPRING MOUNTAIN TREATMENT

CENTERS "PATIENT DUMPING" Plaintiff's windows were

boarded up and Plaintiff's next door neighbor warned Plaintiff that

neighbors on an adjacent street were holding meetings to "get rid of"

Plaintiff saying that I "was too crazy for the neighborhood" and that

"THE SZYMBORSKI'S ARE A BUNCH OF DANGEROUS

PSYCHOS AND WE MUST DO SOMETHING ABOUT IT".

Soon after, these neighbors from the adjacent street started to parade

Past Plaintiff's house and vandalize his mailbox by hitting the

mailbox, stealing the mail, repeatedly shooting the mailbox and

having gardeners across the street throw rocks and hitting plaintiff's

mailbox of which Plaintiff videotaped.

Plaintiff called THE NORTH LAS VEGAS POLICE

DEPARTMENT several times but there was never a response to the

vandalism. This went on continually, and on May 22, 2014 U.S. P.S.

Postal Inspector Q.R. Valentine sent out a letter to everyone

in the neighborhood saying that it was a crime "to knowingly and

willfully obstruct or retard the passage of U.S. Mail, both of which

are federal felony offenses."

(See Exhibit C incorporated by reference

On May 14, 2014 I filed a Complaint against SPRING

MOUNTAIN TREATMENT CENTER raising various negligence

And malpractice claims related to the CENTER'S discharge of

SEAN. Senior Judge Joseph T. Bonaventure, and Joanna S. Kishner

Dismissed the complaint for failure to attach a medical expert

Affidavit. Plaintiff appealed The Nevada Supreme Court held that the

causes of action sounded in negligence rather than medical

PLEADING TITLE - 18

malpractice and remanded the case for further proceedings.in a much

publicized related case "Brown verses Rawson Neal" Plaintiff's case

was cited by James Brown's Attorneys in front of an all

woman 11 member Jury and reportedly took less than three

hours forthem to decide to award 250,000 to each of the victims of

"Patient Dumping" with the State of Nevada having to pay out

approximately Forty Million Dollars (40,000,000.00). With this

present case it is Plaintiff's Prayer that THE CITY OF NORTH

LAS VEGAS AND THE NORTH LAS VEGAS POLICE

DEPARTMENT will change their Discriminatory Policies and

Procedures to come into compliance with THE AMERICANS WITH

DISABILITIES ACT ("ADA") And thereby give Justice and Fair

treatment to some of North Las Vegas's most vulnerable Citizens,

The Mentally Ill.


(See Exhibit D. 403 PACIFIC REPORTER, 3d SERIES "Lee E.

Szymborski, Appellant, v. SPRING MOUNTAIN TREATMENT

CENTER; and Darryl Dubroca, in his official capacity, Respondents


On March 7, 2016 my son Sean showed up with his mother Diana

Thomson saying he wanted to live with me. I told his mother that
Sean destroyed the first floor of my home the last time he was staying
at my home. Sean had showed up about February 1st and was "Patient
Dumped" out of another psychiatric hospital, Monte Vista. He just
appeared on my front door very agitated and had the patient wrist
band still on.  I managed to tell him to have his mother call me who
was waiting for him in her car and that we would work something
out.

This time however I flat out refused to let Sean stay at my house and
Sean got mad and attacked me with pepper spray. I ran into my
garage and closed the garage door. At that point I knew my son was
in trouble because he is not capable of living by himself and needed a
"Legal 2000" hold placed on him so he could return to Monte Vista.
I called 311 to file a missing persons report and to press charges for
assault.  Officer Navarro responded with Officer Sticauf . I told
Officer Navarro that I am disabled with a fractured skull and that I
am a Victim of Crime because Sean was convicted for Felony
Property Damage when he was dumped out of SPRING MOUNTAIN
TREATMENT CENTER. I told the officers that I wanted to press
charges for assault so I could be safe from further attack if they

arrested him and, at least my son would be safe for the moment in

jail. I told the officers that my son had been put on a "Legal 2000"

hold many times before by THE NORTH LAS VEGAS POLICE

DEPARTMENT I needed to know where he was staying as he is not

capable of living independently, and that he is suicidal and a danger

to himself and others. I needed to know where he is so that I could

call Monte Vista to give him a safe place to stay and also to protect

my safety. The Officers were deliberately indifferent to me. They

refused to protect an elderly disabled Plaintiff and Plaintiff's

disabled son by not providing equal access to enforcement of clearly

established law. The Officers also had a duty to protect a Victim of

Crime from further harm under the Nevada NRS statutes. The

Officers refused to tell me where my son was living; that they know

where he is but adamantly refused   give me the address.

The Officers acted with deliberate indifference to my safety and that

of my disabled severely mentally ill son. The Officers failed at

minimum to give a reasonable accommodation to both me

and my son. A reasonable Officer would have arrested my son for

assault and or at least given me my son's address so I could protect

him and also myself from harm. This event is just another example

of a very long pattern of "Deliberate Indifference" by the Officers of

THE NORTH LAS VEGAS POLICE DEPARTMENT dating back to

May of 2013.

On March 14, 2016 I was assaulted by a neighbor one street away

while I was riding my bicycle as part of my physical therapy for my

back condition a neighbor told me to "get your psycho ass off my

street" yelling  other verbal expletives at me and started to pummel

me with rocks. I called the police and and Officer Centuolo told me

that I couldn't ride my bike on that street anymore and if I do I would

be arrested. The Officer denied me equal access to a public street. He

was deliberately indifferent to me when I explained that I have been

walking and riding my bike on that street for many years as part of

my physical therapy but he failed to even give me a reasonable

accommodation or arrest the neighbor for assault. This is after I

played the clear evidence in the video. The neighbor is a Convicted

Felon and and the Officer knew or should have known that the

neighbor was convicted for carrying a concealed weapon, attempted

possession of a stolen vehicle, Drug possession, burglary, domestic

battery with use of a deadly weapon. The Officers conduct is not only

not reasonable, the Officers conduct was malicious willful, wanton,

reckless, and grossly negligent. Officer Centuolo  denied me equal

protection of the laws in violation of the Fourteenth Amendment and

equal access to the enforcement of the laws because he discriminated

against me because of my physical disability and failed to give me a

reasonable accommodation in violation of THE AMERICANS

WITH DISABILITIES ACT. The Officers conduct "shocks the

conscious"!

(incorporated by reference Exhibit D-March 14, 2016 videotape of

Assault shown to Officer Centuolo Case # 4650 Badge # 1247 and

arrest history of neighbor)


Not surprisingly, my son Sean was charged with first degree murder

By THE NORTH LAS VEGAS POLICE DEPARTMENT on March

18, 2016 , less than two weeks after Officers Navarro Badge #2418

and Officer Sticauf Badge # 2416 acted with "Deliberate

Indifference"in violating THE AMERICANS WITH DISABILITIES

ACT ("ADA")  AND "CLEARLY ESTABLISHED LAW resulting

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

in the deprivation of Plaintiff's civil Rights .

THE NORTH LAS VEGAS POLICE DEPARTMENT had a duty to

put a "legal 2000" hold on my son Sean because he was suicidal and

"a danger to himself and others". THE NORTH LAS VEGAS

POLICE DEPARTMENT knows my son is "A Legal" according to

Officer Rose and had put a "Legal 2000" on at least six occasions of

which I have record of and have attached them as an exhibit.

Channel 8 news Anchor Brittany Edney televised her report

"Determining when a "Legal 2000" hold should be applied. Michael

Adams Vice President of clinical operations, Solutions Recovery

stated that one key piece in determining a "Legal 2000" hold is that

"those threats must be a result of a major mental illness" and my son

Sean suffers from severe mental illness since he was six years old.

The complete failure of the duty of THE NORTH LAS VEGAS

POLICE DEPARTMENT to put a "legal 2000" on my son **directly**

**contributed** to the death of 55year old Peter Stebbins, a dockworker

employed by The Las Vegas Review Journal.

MOREOVER, Plaintiff has secured the videotaped testimony of

Quenton Saldano who was one of the victims and **was adamant** that

Peter Stebbins death was caused by THE NORTH LAS VEGAS

PLEADING TITLE - 24

POLICE DEPERTMENT'S failure to put a "Legal 2000" on my son.

Furthermore ,Ramon Emanuel who was one of the Security Guards

Craig Johnson the landlord hired to protect him and the other

roommates from my son. He stated that the violence could have been

prevented had NORTH LAS VEGAS POLICE acted two days prior

to the homicide.

Ramon Emanuel says that the suspect, SZYMBORSKI, started

threatening suicide early Wednesday morning. Emanuel said

SZYMBORSKI also threatened to kill his roommates and any police

officers who tried to intervene.

Emanuel said that once he heard the threats, he followed protocol and

called security dispatch and North Las Vegas Police. Emanuel said he

also recorded SZYMBORSKI'S threats and even **PLAYED THE**

**VIDEOTAPED CLEAR EVIDENCE FOR THE OFFICERS!**

Defendant THE CITY OF NORTH LAS VEGAS and Defendant

THE CITY OF NORTH LAS VEGAS POLICE DEPERTMENT'S

complete and utter failure to implement and enforce policies and

procedures which address the obvious and elementary needs on the

mentally ill citizens of North Las Vegas requiring protection from

harm as in the failure of Officer Navarro and Officer Sticauf to

protect Plaintiff from his son, Sean on March 7, 2016, and the failure

of THE CITY OF NORTH LAS VEGAS AND THE NORTH LAS

VEGAS POLICE DEPARTMENT'S FAILURE require rudimentary

training in the identification of when to place a "Legal 2000" hold on

suicidal and homicidal gravely mentally ill residents of the City, and

due to these non existent policies and inadequate training to perform

a Self-Evaluation and Transition Plan in situation that pertain to the

civil rights of people with  Mental Disabilities , Defendant's are in

violation of The American;s With Disabilities Act ("ADA") and

Plaintiff seeks damages for the **Loss Of Consortium** of his beloved

youngest Son, Sean Thomas Szymborski as Sean was Committed by

District Judge Jennifer Togliatti to the State Mental Hospital, Lakes

Crossing, because of his **GRAVE MENTALL ILLNESS!**

(See Exhibit E Sean Szymborski Homicide, "Legal 2000" Hold, Order

Of Commitment incorporated by reference )

(Incorporated by Reference Exhibit F Videotaped Testimony Of

Quenton Saldano)

**THE CITY OF NORTH LAS VEGAS AND THE CITY OF**

**NORTH LAS VEGAS POLICE DEPARTMENT CRIMINALLY**

**AID AND ABET, AND PROTECT A PUBLIC AND PRIVATE**

**NUISANCE COMMERCIAL DOG KENNEL LOCATED**

**RIGHT BEHIND PLAINTIFF'S HOUSE AND PROPERTY**

**RESULTING IN ONGOING VIOLATIONS OF PLAINTIFF'S**

**CIVIL RIGHTS AND ONGOING VIOLATIONS OF THE**

**AMERICANS WITH DISABILITIES ACT ("ADA")**

Barbara Cutolo who lives at 4604 Cattleman Avenue North Las Vegas

Nevada owns a Commercial Dog kennel where she breeds Jack

Russel Terriers on the East side of her property and breeds large

show Poodles on the west side of her property.

The Commercial Kennel is not allowed in Palomino Estates and the

Covenant Codes and restrictions strictly prohibit it "Domestic dogs

shall not be bred of raised thereon for commercial purposes."

Since on or about April 14, 2015 Barbara Cutolo has deprived

Plaintiff of the quiet enjoyment of his property by repeatedly

harassing Plaintiff with very loud explosive barking of several dogs

in her kennel.

The very load and explosive barking starts as early as 5 Am in the

morning and at times is as late as 11 p.m. in violation of both the

State of Nevada Nuisance Statute  Chapter 10.36.010and THE CITY

OF NORTH LAS VEGAS PUBLIC NUISANCE ORDINANCE

"Every place wherein: Excessive or prohibited noise originates

**is a public nuisance**.

Barbara Cutolo has also erected very bright lights aimed directly at

Plaintiff's house from the back yard at eye level causing extreme

pain to Plaintiff's eyes being so bright as to light up Plaintiffs upstairs

second floor master bedroom.

Plaintiff is disabled with   legall blindness in his right eye and has a

fractured skull.

The lights prevent Plaintiff from the quiet enjoyment of his backyard

at night and prevent him from outside physical therapy on his

backyard porch where he has physical therapy devices  for his

herniated discs and lower back pain.

Thus, Ever since April of 2015, Barbara Cutolo's

Commercial Dog Kennel has prevented and or interfered with

Plaintiff's use and enjoyment of his own property.


On May Ninth 2016, I was riding home on my bicycle from shopping

at Albertson's on 4850 West Craig Road Las Vegas. As I was riding

down Chuck Wagon Road I was unreasonably stopped and searched

by two officers, one of them being W. Silva Badge # 1276.

The Officers used excessive force by handcuffing me. The handcuffs caused excruciating pain in my lower back and the muscles started to spasm.

The Officers lied under Color of Law that Barbara Cutolo called the Police and said I was shooting her dogs. The reason they are lying is that I have a videotape of Sargant Ryan saying he was there on this night and that "someone called in just saying there were gunshots in the area. No one ever said it was you Lee.".

(see Exhibit G "Videotape of Sargent Ryan" incorporated by reference)

Officer Silva harassed me and caused me to go into panic attacks. He made fun of my mental illness saying How come you think your Jon Voight? Why you look like Jon Voight in your Nevada I.D. picture Lee, HUH? The other officer said "How much do you make on your disability check?" while I was still handcuffed and refusing to unhandcuff Plaintiff. Officer Silva the violated my civil rights by demanding that I give him the keys to my house so he could illegally search my home in direct violation of the Fourth and Fourteenth Amendment.

Officer Silva violated THE AMERICANS WITH DISABILITIES

ACT   by not providing effective communication to a Qualified

disabled individual and by Discriminatory Animus making fun of

Plaintiff's mental disability and failure to provide a reasonable

accommodation by handcuffing Plaintiff.

Suddenly several gunshots were fired in the vicinity of Gunsmoke

Circle (aptly named) and Officer Silva told me to duck behind the

patrol car. He still did not take the handcuffs off. Several more squad

cars arrived . the officers all took out their shotguns and headed

towards Gunsmoke Circle.Officer Silva then took off the handcuffs

and ordered me out of the neighborhood.

On January 29, 2016 I was assaulted by a neighbor on Gunsmoke

Circle yelling "get your sick nutty ass off my street." When I told him

it was a public street he said "wait right there"and ran into his large

metal shed and then charged at me with a loaded 45 caliber pistol . I

took off for my house two blocks away with him running right behind

me saying "Im headed your way." He shouted as he ran after me

"don't turn that bike around. " I managed to get home and went into

my garage as he ran across my front yard and told my next door

neighbor "we have to do something about that crazy nut."

I called 911 and several officers showed up with Officer Manning

badge # 2515.One of the Officers lunged at me but I did not engage

him. I cannot be an aggressor in a fight because a blow to my head

would most likely be fatal. The officers said that I could not go on

that street anymore saying "they don't want you on their street" and if

Plaintiff does he  would be arrested.

This is just another life threatening encounter to where THE NORTH

LAS VEGAS POLICE DEPARTMENT  have engaged in a long

pattern of "Deliberate Indifference" to Plaintiff's Civil Rights and

violated  THE AMERICANS WITH DISABILITIES ACT by not

making a reasonable accommodation, engaging in a long pattern of

irrational discrimination, excluding a Qualified disabled individual

equal access to a city street due to irrational discrimination of

Plaintiff's mental illness constituting cruel and unusual punishment in

violation of the Eighth Amendment and denial of equal protection of

the laws in violation of the Fourteenth Amendment.

(See Exhibit H Video of Sargant Ryan incorporated by reference)

On May 18,2016 Barbara Cutolo was ordered to attend a mandatory

mediation hearing to resolve the nuisance noise violations by her

barking dogs. She not only refused to go she violently and criminally

retaliated against me by yelling and screaming at me every time I go

near the back wall of my property which is one half acre.

On May 29, 2016 as I was walking in my own backyard Barbara

Cutolo yells "get away from my wall get away from my wall ok that's

it I am going to call the Police. When I told her that's my wall on my

side of the property she yells "go take the wall and shove it up your

ass, go take the wall and shove it up your ass" go fuck yourself, go

fuck yourself" Then she orders one of her dogs to attack me "go get

him Delta"

I called the Police to press charges for assault and videotaped this

encounter. Officer Eric Spanbauer Badge #1668 arrives . Officer

Spanbauer  previously was asked to resign for unprofessional conduct

and unsatisfactory work performance and was placed on

administrative leave by the THE NORTH LAS VEGAS POLICE

DEPARTMENT for making sexually inappropriate comments to a

female driver when he accompanied the driver to her residence from a

complaint by her Husband. Dave Smith , President of the NORTH

LAS VEGAS POLICE DEPARTMENT ASSOCIATION TOLD

Spannbauer that it was in his best interest to resign as no law

enforcement agency agency could look at Spanbauers file in regard to

future employment . On November 7,2005 Spanbauer resigned .

PLEADING TITLE - 32

Somehow Spanbauer got back on the force and here he is at my door.

Spanbaur lied under color of law and said that he had seen Barbara

Cutolo's video and that I am the one screaming and yelling. When I

told him I have the video and offered to play it for him he "snapped"

and started yelling at me saying "what angle of camera would you

would you show me that would be different .He then failed to arrest

Cutolo for assault of eventaking a report of which any other

reasonable officer would do.

He then declared that I am a nuisance and that he will put me on the

Police computer for being a nuisance and if I yell and scream at the

neighbors again I will be arrested under color of law . he failed in his

Duty to protect the personal safety of a Qualified disabled person

whom he knows may be attacked by Barbara Cutolos dogs and that is

a denial of equal protection of the laws and is actionable under section

1983. Officer Spanbauer failed to perform a statutorily imposed duty

to enforce the laws equally and fairly, and thereby denied Plaintiff

equal protection  by conspiring to violate Plaintiff's civil Rightsin a

knowingly and willfull manner causing harm to Plaintiff. Spanbauer

also violated THE AMERICANS WITH DISABILITIES ACT by

denying plaintiff equal access to the enforcement of laws and by

denying Plaintiff a reasonable accommodation through deliberate indifference. Spanbauer actions caused Plaintiff to be later arrested twice for being a nuisance when engaged in legal activity calling to enforce the noise ordinance.

(See EHIBIT I May 29,2016 VIDEOTAPE of Assault by Barbara Cutolo and Videotape of Officer Spanbauer responding incorporated by reference)

Continuing the long pattern of a conspiracy policy to carryout , implement a pattern of unconstitutional irrational discrimination against citizens of North las Vegas with mental illness Sargent Ryan responded to my home when I called to put a formal complaint on officer Spanbauer. Sargent Ryan refused to see the videotape of the Assault and refused to see the videotape of officer Spanbauer acting under color of law. He then harassed me for being mentally lill.he said that I am so nuts as to think dogs go through walls . "Explain to me how dogs go through walls Lee, explain to me how dogs go through walls" and browbeat me over this causing Plaintiff to have a severe panic attack. Sergeant Ryan refused to take a formal complaint and said that I have been warned ;that I am a nuisance

which clearly illustrated the irrational discrimination policy and non

compliance with THE AMERICANS WITH DISABILITIES ACT

and the now obvious need for a self-evaluation and transition plan .

(See Exhibit H Videotape of Sargent Ryan) incorporated by reference.

## THE CITY OF NORTH LAS VEGAS ANIMAL CONTROL

## WEBSITE

The City of North Las Vegas  Animal Control Division Website

Boldly states "Protecting the health, safety and welfare of residents

and animals in North Las vegas Communities"

The website instructs residents to contact dispatch for animal control

Noise complaints. Moreover the website clearly states "How does

animal control handle animal noise annoyance complaints?

Our second response to the same complaint would result in a stern

warning to monitor their animals.

The third response would result in a mandatory mediation hearing .

A fourth complaint would result in a signed formal complaint from

the complaining party and the Animal Control Officer.

(SEE EXHIBIT H THE CITY OF NORTH LAS VEGAS ANIMAL

CONTROL WEBSITE) ATTACHED TO COMPLAINT

Since  August  2016 THE CITY OF NORTH LAS VEGAS,

THE CITY OF NORTH LAS VEGAS  POLICE DEPARTMENT

AND THE CITY OF NORTH LAS VEGAS ANIMAL CONTROL

HAVE  REPEATEDLY  VIOLATED THE CIVIL RIGHTS OF

PLAINTIFF, A QUALIFIED DISABLED INDIVIDUAL UNDER

TITLE 11 OF THE ("ADA") AND UNDER SECTION 504 .

Violations include but are not limited to the following;

1. FAILURE TO PROVIDE EQUALL ACCESS TO PLAINTIFF IN

    ENFORCING THE NOISE ORDINACE

2. FAILURE TO REASONABLE ACCOMMODATE

    PLAINTIFF'S PANNIC ATTACKS CAUSED BY LOUD

    EXPLOSIVE NUISANCE DOG BARKING IN CALLING

    ANIMAL CONTROLL DISPATCH

3. FAILURE TO PROVIDE EFFECTIVE COMMUNICATION TO

    DISABLED PLAINTIFF IN ENFORCING THE NUISANCE

    NOISE ORDINANCE

4. FAILING TO PREVENT RETALIATION BY OFFICER DALE

    SMOCK IN PUTTING A COMPLAINT DEMAND LETTER

    CONCERNING OFFICER DALE SMOCKS REFUSAL TO

    ENFORCE THE NOISE ORDINANCE DUE TO IRRATIONAL

DISCRIMINATORY ANIMUS TOWARDS PLAINTIFF'S

REAL OR PERCEIVED  MENTAL DISABILITIES.

5.  FAILURE TO PROVIDE PLAINTIFF EQUALL ACCESS TO

THE MUNICIPAL COURT SYSTEM.

During the month of August , Plaintiff suffered great mental anguish

by the barking of Barbara Cutolos dog but dispatch chose to ignore

Plaintiff's calls and verbally harassed  and made fun of Plaintiff 's

mental Disorder saying Is this Lee Calling ? and laughing at Plaintiff.

On August 25 2016 Plaintiff was engaged in lawful activity of

calling dispatch to enforcethe Nuisance Noise Ordinance when

dispatch told Plaintiff not to call anymore. Plaintiff is a Homeowner,

pays taxes to the City and has every right to equal enforcement of the

laws.

However THE CITY OF NORTH LAS VEGAS POLICE

DEPARTMENT  engaged in an official custom , policy or practice

that was and is deliberately indifferent , engaging with evil motive and

intent and conspiracy by Having Officer Rose come out and

unlawfully arrest Plaintiff for being a nuisance in direct violation of

clearly established law.

Officer Rose taunted plaintiff and showed irrational discriminatory

animus towards plaintiff's mental disability by saying "you see flying

saucers ' your really nuts". Officer Rose lied on the citation in what

amounts to a continuing  conspiracy cover up saying that I was

calling to file a civil complaint when the truth is I was calling on a

criminal violation of the State and Local Nuisance noise ordinance.

Barbara Cutolos barking dogs are a nuisance , not the Plaintiff.  The

Plaintiff is a victim. The officers actions were despicable, under color

of law and shocks the conscious.

Plaintiff had to spend the night in jail with violent criminals and the

city made no attempt to reasonably accommodate Plaintiff's

disabilities causing Plaintiff severe emotional and physical pain.

SEE EXHIBITJ-NUISANCE ARREST BY OFFICER ROSE

INCORPORATED BY REFERENCE

On September 06, 2016 Plaintiff was brutally attacked and run over

by a Convicted felon neighbor and accomplice who lives on Dusty

Trail Avenue. Please see details on page 6-9.

On September 13 2016 the same assailants that ran Plaintiff over on

August 6 2016 ran over Plaintiff's mailbox while Plaintiff watched

through the home office window. Officer Colwell responded but was

deliberately indifferent to the safety of disabled Plaintiff and no

arrest was made despite showing the officer the video of the same

assailants running **PLAINTIFF** over one month prior, witness

account and the tire tracks of the white Ford Explorer . The Officer

had a clear duty to protect a victim of crime from the same assailant

and to not discriminate in enforcing the law..

(SEE EXHIBIT K OF PLAINTIFF'S RUN OVER MAILBOX

INCORPORATED BY REFERENCE

On September 17 the same assailant that ran me over on September 6

2016 assaulted me again by trying to run me over **full throttle** in his

white Ford Explorer. I put a in Police report at the Civic center

headquarters taken by Officer j Okama but no action was taken This

was just another life threatening situation to where THE NORTH LAS

VEGAS POLICE DEPARTMEENT just let it continue with their

policy and procedures that excluded mentally ill Plaintiff from equal

**participation** in enforcing clearly established law violating the

("ADA")

On September 25 2016 the same assailant that ran Plaintiff over on

September 6 2016 came onto Plaintiff's property and stole vintage

bicycles and vintage bicycle parts. Plaintiff showed the responding

Officer R Sherburne Badge # 1959 incident 160929016781 a video of

the assailant now robber coming onto Plaintiff's property with a gun in his hand and then leaving Plaintiff's property with a bicycle wheel in his hand while smoking a cigarette. This horrific event is just another episode in THE CITY OF NORTH LAS VEGAS POLICE DEPARTMENTS unlawful policy and practice of permitting its Officers to act under color of law with deliberate indifference to the safety of a 30 year  mentally and physically disabled resident exposing a victim of crime by the same assailant now robber to continue to commit Felony Grand Theft on plaintiff's property. The non-action of Officer Sherbourne **"shocks the conscious"** (SEE EXHIBIT L GRAND THEFT VIDEO INCORPORATED BY REFERANCE)

On October 23, 2016 the same assailant /robber ran over my mailbox **again and completely flattened it backing up screeching his tires of his white Ford Explorer.** Officer Silva responded and refused to arrest the assailant robber even with the tire marks that would match up to the vehicle. Instead he acted with deliberate indifference and told me that "You can put the mailbox back up" Officer Silva then told me that I am a nuisance and the police are sick of me calling thereby denying a Qualified disabled person **equal** access to

PLEADING TITLE - 40

enforcement of clearly established law in violation of the ("ADA").

On October 10,2016 Officer Silva appears again with Officer

Spanbauer. The same assailants that ran me over on September 6 2016

premeditatedly tried to run me over again as I was headed west on

Black Stallion Avenue  on route to go shopping at Albertsons and

right after they closely missed Plaintiff they pulled up in front of

plaintiff's house. Plaintiff called 911 and was instructed to call 311

when Plaintiff was returning from shopping at Albertsons. Upon

return Plaintiff followed directions from dispatch and called 311 and

waited for officers to arrive. When Officer Silva and Officer

Spanbauer arrive Plaintiff played several videos of assailants previous

attacks which were met by deliberate indifference of the Officers

. When Plaintiff told Officer Silva that any reasonable officer would

go out and make an arrest, Officer Silva "snapped" and said "step

outside Lee" and proceeded to give me a nuisance citation under color

of law. Officer Spanbauer was him and was startled by a video

camera that turned on do to its motion activated capability.

This was legal conduct in a life threatening Assault with a

deadly weapon ; a car tried to run plaintiff over; Officer Silva

deliberately under color of law **falsified** the citation saying that

Plaintiff was calling on instances that were not criminal wasting time

and resources. Officer Silva and Officer Spanbauer's non action

**"shocks the conscious.!**

(SEE EXHIBIT L NUISANCE CITATION  OCTOBER 10 2016

INCORPORATED BY REFERANCE  )

On January 11, 2017 Plaintiff was unlawfully seized and detained by

being arrested while  engaged in lawful activity as directed on THE

NORTH LAS VEGAS POLICE DEPARTMENT ANIMAL

CONTROL WEBSITE to call animal Control Dispatch due to

explosive Nuisance barking pertaining to Barbara Cutolos barking

dogs, to enforce the Nuisance Noise ordinance.  Plaintiff was

suffering panic attacks as the loud explosive barking  exacerbate

Plaintiff's severe anxiety. The arresting officer kept making fun of

and harassing Plaintiff by saying "you see flying saucers" you see

flying saucers don't you Lee" On the way down Owens Avenue

Officer Snyder and the other arresting officer encouraged Plaintiff to

yell at the homeless people camping out on the street. "Go ahead and

yell at them Lee Go ahead and yell"

The Officers under color of law falsified the arrest citation saying that

Plaintiff "did willfully and unlawfully maintain a public nuisance by

PLEADING TITLE - 42

calling police 11 times in less than one hour for a barking dog . The

arresting Officers know that Plaintiff was calling on the Commercial

Dog Kennel and failed to give Plaintiff a reasonable accommodation

for his panic attacks due not only as a result of the barking dogs but

the deliberate indifference to Plaintiff's mental disability by the

refusal of THE NORTH LAS VEGAS POLICE DEPARTMENT to

dispatch Animal Control  in direct violation of THE AMERICANS

WITH DISABILITIES ACT and furtherance of a conspiracy to

deprive Plaintiff of his civil rights guaranteed and protected under 42

U.S.C$ 1983and the fourth, eighth , and fourteenth Amendments as

well as under Monell liability where the above described policies and

/or customs demonstrate a deliberate indifference on the part of

Defendants THE CITY OF NORTH LAS VEGAS AND THE

NORTH LAS VEGAS POLICE DEPARTMENT  to the

Constitutional rights of United States Citizens , and were the cause of

the violations of plaintiff's rights alleged herein.

(SEE EXHIBIT M, JANUARY 11, 2017 ARREST CITATION,CITY

ATTORNEY COMPLAINT ATTACHED)

As a direct result of a furtherance of a Conspiracy to deprive Plaintiff

Of his civil rights DEPUTY CITY ATTORNEY Kimberly Phillips

Engaged in a malicious ,willfull,wanton,recklessor grossly negligent

Act by filing a complaint and prosecuting Plaintiff for allegedly

driving over to a neighbors house and yelling and screaming "THEY

ALL MUST DIE,DIE, DIE!"

First of all ,the neighbor lives right across the street from Plaintiff.

Plaintiff has called Animal Control dispatch numerous times with no

response so as to neighbors loud barking dogs of which Plaintiff has

**videotaped** and the neighbor has his dogs bark solely to harass

Plaintiff and to **"Breach the peace and quiet enjoyment of Plaintiff**

**Property on  a daily basis!**

Plaintiff has filed  several Police reports as far back as 2012 on this

Neighbor and his  nuisance breach of peace barking dogs. The

neighbor retaliated against Plaintiff for calling Animal Control in th

e past by putting in this false Police report.

Moreover ,on October 4, 2017 this same neighbor assaulted Plaintiff

with a deadly weapon by trying to run plaintiff over in his red Dodge

pick up truck. This life threatening incident was witnessed by Richard

Young and testified to the Complaint intake Officer at the  Civic

Center Drive Police Department location. Despite a very credible

PLEADING TITLE - 44

witness his father having been the Chief of Police in   Eastport

Maine,  **no action at all** was taken by either THE CITY OF NORTH

LAS VEGAS POLICE DEPARTMENT or THE CITY OF NORTH

LAS VEGAS CITY ATTORNEY OFFICE.

(SEE EXHIBIT N- POLICE REPORT AND WITNESS

STATEMENT)

On April 24, 2017 and July 31,2017 THE CITY OF NORTH LAS

VEGAS CITY ATTORNEY was served by an independent party ,

"DEMAND TO SETTLE DAMAGES AND INJUNTIVE RELIEF "

Fashioned in the form of a Complaint.

In the Demand Complaints Plaintiff informs THE CITY OF NORTH

LAS VEGAS that he is permanently mentally and physically disabled

and that the barking of Barbara cutolos dogs cause Plaintiff "severe

mental torment and severe panic attacks." Plaintiff informed the

CITY OF NORTH LAS VEGAS that  the City is perpretating

"CRIMINAL FRAUD AND THAT THIS WILLFULL AND

DELIBERATE DISREGARD FOR THE RIGHTS OF THE

PLAINTIFF WAS DONE MALICIOUSLY AND IN BAD FAITH

AND WITH HOSTILITY RESULTING IN VIOLATIONS UNDER

TITLE 11 OF THE AMERICANS WITH DISABILITIES ACT AND SECTION 504.

Here THE CITY OF NORTH LAS VEGAS is engaging in "PROHIBITED RETALIATION" of THE AMERICANS WITH DISABILITIES ACT because Plaintiff made a charge against THE CITY OF NORTH LAS VEGAS violating provisions of THE AMERICANS WITH DISABILITIES ACT AND SECTION 504. And that THE CITY OF NORTH LAS VEGAS by charging plaintiff with this "laughable" offense not only interfering with Plaintiff's right to the quiet enjoyment of his property and Civil Rights but due to the Cities Policy of discriminatory animus towards its mentally ill citizens and to those associated with them.

(SEE 28 C.F.R. $35.134)

This charge clearly illustrates the now obvious need to perform a SELF-EVALUATION AND TRANSITION PLAN to change the existing policies of " Irrational Discrimination"and "Stereotyping" of Plaintiff's Mentall Illness and the mentall illness of the Cities mentally ill population. In an analogy, Plaintiff is not the Psychotic Jack Nicholson character in "The Shining." The false allegations that Plaintiff yells "THEY ALL MUST DIE,….DIE,DIE,DIE" clearly

illustrates the current  CITY OF NORTH LAS VEGAS POLICY OF

**<u>STEREOTYPING</u>**  MENTALLY ILL RESIDENTS OF THE

CITYAND  AND THE OBVIOUS NEED TO CHANGE THESE

POLICIES TO COME INTO COMPLANCE WITH THE

AMERICANS WITH DISABILITIES ACT ("ADA")

(SEE EXHIBIT N 30 DAY DEMAND 04/24/2017 AND 07/31/17

ATTACHED)

**NORTH LAS VEGAS MUNICIPAL COURT JUDGE**

**SEAN HOEFFGEN**

**REFUSED TO APPOINT PUBLIC DEFENDER FOR**

**MENTALLY ILL PLAINTIFF; VIOLATES SIXTH**

**AMENDMENT, THE AMERICANS WITH DISABILITIES**

**ACT ("ADA"), THE FOURTH, EIGHTH, AND**

**FOURTEENTH AMENDMENTS TO THE UNITED STATES**

**CONSTITUTION AND MALICIOUSLY PROSECUTES**

**PLAINTIFF TO FURTHER THE WISHES OF THE NORTH**

**LAS VEGAS CITY PROSECUTOR AND THE CITY OF**

**NORTH LAS VEGAS POLICE DEPARTMENT**

On July 31, 2017 a Trial for Plaintiff engaging in lawful conduct to

PLEADING TITLE - 47

follow clearly established law and direction on THE CITY OF

NORTH LAS VEGAS ANIMAL CONTROL WEBSITE,

Plaintiff was denied the right to counsel , a Public Defender in direct

violation of the Sixth  Amendment and violations of the ADA by

refusing to provide mantally disable plaintiff equall access to the

programs, services or activities of THE CITY OF NORTH LAS

VEGAS by Judge Hoeffgen. Plaintiff was maliciously  given two

maximum consecutive sixth month sentences. Judge Hoeffgen **knows**

that Plaintiff suffers from severe mental illness as Plaintiff attached

all of his Social Security Disability letters and Doctors reports on his

Application for a public Defender of which the Judge reviewed.

JUDGE SEAN HOEFFGEN  knows Plaintiff has no experience at

all in Criminal Law and knew of should have known that due to

Plaintiff's mental impairments he is not capable of communicating

effectively in a Court setting.

Furthermore, JUDGE SEAN HOEFFGEN refused to let  Plaintiff's

witnesses testify on his behalf, thereby denying Plaintiff Defendant's

right to use the compulsory process of the judiciary to subpoena

witnesses who could provide exculpatory testimony and have other

information that is favorable to the defense.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**JUDGE SEAN HOEFFGEN refused to allow clear videotaped**

**evidence of Officer Spanbauer** acting under color of law putting

Plaintiff on the Police computer when Plaintiff called Police when

Barbara Cutolo ordered one of her dogs "DELTA" to attack Plaintiff

while Plaintiff was in his own backyard and clearly on the videotape

she is guilty of Assault beyond a reasonable doubt. **JUDGE SEAN**

**HOEFFGEN** also **refused to let Plaintiff play the videotapes**

showing clear evidence that Barbara Cutolo's Commercial Dog

Kennel is both a Public and Private Nuisance; Of which Plaintiff

brought his extensive CD collection of the Nuisance Dog Barking

with him during the trial.

(SEE EXHIBIT M 2016, 2017,2018,2019 CD COLLECTION OF

BARBARA CUTOLO'S EXPLOSIVELY BARKING DOGS FROM

HER COMMERCIAL DOG KENNEL INCORPORATED BY

REFERANCE )

**JUDGE SEAN HOEFFGEN has already been <u>REPRIMANDED</u>**

**<u>WITH THE</u> NEVADA STATE COMMISSION ON JUDICIAL**

**DISCIPLINE FOR <u>FOUR COUNTS</u> OF JUDICIAL**

**MISCONDUCT INCLUDING A FAILURE TO REPORT**

**SUSPENDED AND BARRED JUDGE CATHERINE**

**RAMSEY'S <u>MISCONDUCT</u> AND FOR TAKING POSITIONS**

**THAT WERE" IMPROPERLY BASED ON HIS PERCIEVED**

**DESIRES OF THE NORTH LAS VEGAS CITY MAYOR OR**

**THE CITY , <u>INSTEAD OF THE BEST INTEREST OF THE</u>**

**<u>COURT,</u> according to the statement.**

**JUDGE SEAN HOEFFGEN WAS ALSO REPRIMANDED FOR**

**GOING BACK ON AN AGREEMENT WITH RAMSEY TO**

**LET HER BECOME Chief Judge and also failing to cooperate**

**with her in dealing with the courts administration.**

(SEE EXHIBIT N  "NORTH LAS VEGAS JUDGE BARRED

FROM RE-ELECTION RUN,SUSPENDED WITHOUT PAY"

INCORPORATED BY REFERENCE)

**JUDGE SEAN HOEFFGEN** has acted with discriminatory animus

towards Plaintiff's gravely mentally ill son, Sean T. Szymborski by

refusing to provide a MENTAL HEALTH EVALUATION which

was on calendar  December 20th, 2012 despite documentation that

Plaintiff's son was on Trilantyl, Seraquil, Wellbutrin, and Prosac, had

been previously hospitalized at the STATE OF NEVADAS'S

MENTAL HOSPITAL RAWSON NEAL.

The complete failure of JUDGE SEAN HOEFFGENS actions

contributed to the very preventable death of THE LAS VEGAS

REVIEW JOURNAL'S DOCKWORKER, PETER STEBBINS.

Plaintiff was to go forward with Guardianship with his son at Family

Court and "A Certificate Of Mental Incompetency" is required.

Plaintiff would have placed his son Sean in long term treatment as an

inpatient in a Psychiatric facility  thus not only protecting his son

from harm, but protecting **PUBLIC SAFETY.**

**JUDGE SEAN HOEFFGEN** ALSO THREATENED TO PUT

PLAINTIFF IN JAIL FOR CALLING HIS CHAMBERS SIMPLY

TO ALERT THE JUDGE THAT AS A LOVING FATHER

THAT HIS BELOVED  SON SEAN WAS A DANGER TO

HIMSELF AND OTHERS AND TO PROTECT PUBLIC SAFETY.

(SEE EXHIBIT O- MOTION TO PLACE ON CALENDER FOR

MENTAL EVALUATION AND POSSIBLE WITHDRAWEL OF

PLEAS INCORPORATED BY REFERANCE)

**JUDGE SEAN HOEFFGEN** also allowed Public Defenders to

mock and make fun of Plaintiff's mentally ill family by allowing a

skit called "THE CRAZY SZYMBORSKI'S to take place  where the

PLEADING TITLE - 51

Public Defenders stumbled around acting as if they were mentally retarded.

**JUDGE SEAN HOEFFGEN** also violated THE AMERICANS WITH DISABILITIES ACT by **excluding** a Qualified disabled North Las Vegas City Resident from **equal services and <u>exclusion from its</u> <u>Public Defender Program</u>** ,by singling out Plaintiff and other mentally ill residents by treating them differently than other city residents; with **deliberate indifference** to Plaintiff's Civil Rights and the mentally ill population of North Las Vegas, and denial of Plaintiff's Constitutional and the mentally ill population of North Las Vegas's Right To Equal Protection of the laws in violation of The Fourteenth Amendment constituting denial of Due process of Law in Violation of the Fourteenth Amendment to the U.S. Constitution and causing severe harm to Plaintiff and the mentally ill residents of North Las Vegas by cruel and unusual punishment in violation of the Eighth Amendment To the U.S. Constitution by the hand of

**JUDGE SEAN HOEFFGEN WHO IS A POLICYMAKER AND THAT THESE POLICIES AND PROCEDURES ARE ALSO THE POLICY AND PROCEDURES OF THE CITY OF NORTH LAS VEGAS AND THAT THESE POLICIES,**

**PROCEDURES, AND UNLAWFULL ACTIONS
PERPETUATE THE STIGMA SURROUNDING THE
MENTAL HEALTH DISORDERS OF THE CITY OF NORTH
LAS VEGAS'S MENTALLY ILL POPULATION AS WELL AS
PLAINTIFF'S MENTAL ILLNESS.**

Congress passed the ADA to provide "a clear and comprehensive
national mandate for the elimination of discrimination against
individuals with disabilities " 42 U.S.C. $12101(b)(1) of which all
named defendants have thereby violated as illustrated in the
pleadings of this Complaint.

<u>FACTS CONCERNING OFFICER DALE SMOCK</u>

On or about June third, 2016 THE CITY OF NORTH LAS VEGAS
PCLICE DEPARTMENT ANIMAL CONTROL ordered Barbara
Cutolo to attend a mandatory mediation hearing to resolve the
Nuisance dog barking of the dogs in her kennel. She refused and in
violation of clearly established law on the Animal Control website
that it is **mandatory** ;Dale Smock discriminated against plaintiff by
refusing to have her attend and telling plaintiff that he cannot call
animal control anymore under color of law. Dale Smock violated
THE AMERICANS WITH DISABILITIES ACT by denying

Plaintiff and mentally ill residents of North Las Vegas equal access to

the equal enforcement of the State and local Noise ordinance,

resulting in daily exacerbation of plaintiff's severe anxiety since May

2016, causing him  severe daily mental anguish and suffering ,where

he has been forced to be under Psychiatric care and that of a Clinical

Psychologist, a Clinical Social Worker and is enrolled in therapy

classes to deal with Officer Smocks non-action and the daily

explosive barking of Barbara Cutolos dogs.

Officer Dale Smock showed malicious Discriminatory animus to

Plaintiff by lying to the Palomino Estates Homeowners Attorney

John Leach that the reason he doesn't enforce the Noise Ordinance is

because of "lack of investigative leads".

Plaintiff has made countless calls to Animal Control Dispatch

regarding the Nuisance Noise generated from Barbara Cutolos

Commercial Dog kennel located right behing Plaintiff's house in

violation of The Palomino Estates Homeowner Association CCR's

which state that no commercial breeding of dogs shall take place and

3  dogs is the maximum number of dogs a homeowner can have and

yet Barbara Cutolo is licensed for six dogs  with THE CITY OF

NORTH LAS VEGAS ANIMAL CONTROL and has had  more than

six dogs at her residence and keeps her kennel covered up with tarps

as to hide the exact number. This illegal activity is condoned by Dale

Smock because of his discriminatory animus to Plaintiff UNDER

COLOR OF LAW and is malicious , willfull, wanton, reckless and

grossly negligent with the intent of causing extreme mental anguish

to Plaintiff evidenced by DALE SMOCKS complete failure to

enforce clearly established law and having entered into a Conspiracy

to  create, promulgate, or otherwise establish a policy , custom , plan,

or scheme that is the driving force behind Plaintiff's claims of

violations of THE AMERICANS WITH DISABILITIES ACT and

Violations of The Fourth , Eighth , Fourteenth Amendments

By acting with deliberate indifference to Plaintiff's   Constitutional

rights from June 2016 to Present and ongoing ,thereby compelling

Plaintiff to file this Action.

Moreover ,Plaintiff has not only kept a detailed log of Baraba Cutolos

dogs barking since September 17,2018 to present Plaintiff has

videotapes of the barking and at all times plaintiff has called since

September plaintiff has always had at least one witness .

Plaintiffs call were met with hostility by the CITY OF NORTH LAS

VEGAS dispatch operators despite telling the operators that Plaintiff

is disabled and that the dogs give Plaintiff panic attacks because of

his anxiety. The operators did not follow clearly established law but

instead forwarded plaintiff's calls to the information Officer Erin

Patty. Despite plaintiff leaving many messages that Plaintiff is

permanently mentally disabled and the dogs from the kennel were

giving Plaintiff panic attacks due to his anxiety, Barbara Cutolo was

nc'. er ordered to attend mediation to resolve the issue and Erin Patty

acted with deliberate indifference to Plaintiff's mental condition.

Officer DALE SMOCK breached his duty to enforce the Noise

Ordinance from September 2018 to present and is ongoing.

DALE SMOCK rang Plaintiff's doorbell on 9/19/2018 .He refused to

shake Plaintiff's hand and kept harassing Plaintiff and yelled at

Plaintiff saying "Don't tell me what my duties are." Despite talking

to two eyewitnesses of the horrific barking Officer Smock refused to

order Barbara Cutolo into mediation by saying "She wont go"

Officer Smock told me he knew about the demand letter that was

delivered to the City Attorney on 7/31/2017 and continued to

retaliate against me in direct violation of THE AMERICANS WITH

DISABILITIES ACT. He said that he was going to talk to City

Attorney Deep Goswami and also Officer Silva about the fact that he

was prepared to "take it to the next step " which turned out to be a false charge of "FILING A FALSE POLICE REPORT" when Plaintiff was engaged  lawful activity to enforce the Noise Ordinance by following the guidelines clearly  spelled on THE CITY OF NORTH LAS VEGAS ANIMAL CONTROL  WEBSITE to where it states "Please contact dispatch at (702) 633-1390 animal complaints and officer requests" .  OFFICER DALE SMOCK  is excluding Plaintiff from  equal participation in enforcing the laws in violation of THE AMERICANS WITH DISABILITIES ACT and is acting with "Intentional Deliberate Indifference" to Plaintiff's Civil Rights. OFICER DALE SMOCKS actions "shocks the conscious".

## FIRST CLAIM FOR RELIEF

**Violations of Title 11 of The Americans With Disabilities Act, Section 504, and its Implementing Regulations**

1.Plaintiff hereby repeats, realleges,  and incorporates by reference all preceding paragraphs as though fully restated herein

Defendants **failed** to provide equal access to programs, services ,and facilities including equal participation in the enforcement of laws by excluding Plaintiff and disabled residents of North las Vegas

2. Defendants **failed** to reasonably accommodate Plaintiff's disabilities and the disabilities of North Las Vegas residents.

3. Defendants **failed** to provide effective communication to Plaintiff and disabled residents of North Las Vegas

4. Defendants violated the ADA non retaliation policy to Plaintiff and disabled residents of North Las Vegas

5. Defendants acted with "Deliberate Indifferance" to the disabilities of Plaintiff and disabled North Las Vegas residents

5. Defendants failed to provide equal access to court services by excluding Plaintiff and disabled North Las Vegas residents

6. Defendants "Irrationally Discriminated" and perpetuated a stigma concerning the mental illness of Plaintiff and the mental illness of North Las Vegas disabled residents; causing damages

7. Defendant THE CITY OF NORTH LAS VEGAS CONTINUES TO VIOLATE A SETTLEMENT AGREEMENT WITH THE UNITED STATES OF AMERICA by failing to conduct a self-evaluation of its, services policies and practices and failing to make modifications necessary to comply with Title 11 requirements, and failing to comply with the Agreement in its entirety

PLEADING TITLE - 58

(SEE EXHIBIT P - SETTLEMENT AGREEMENT

INCORPORATED BY REFERANCE)

8. Defendants "Irrationally Discriminate" against Plantiff's Familial

Association with his mentally ill son, Sean T Szymborski and

"Irrationally Discriminate" against North Las Vegas residents that

Associate with mentally ill individuals

9. Defendants "Irrationally Discriminate" against Plaintiff's

"Perceived Mental Disability" and the "Perceived Mental Disability"

Of disabled North Las Vegas residents

WHEREFORE, Plaintiff prays for relief , for himself and for asll

disabled North Las Vegas Residents


### SECOND CLAIM FOR RELIEF

(Cruel and Unusual Punishment in Violation of the Eighth

Amendment To the U.S. Constitution)

Plaintiff hereby repeats, realleges ,and incorporates by reference all

preceding paragraphs as though fully restated herein.

Defendants, and each of them demonstrated deliberate indifference

and reckless disregard of Plaintiff's disabilities and Civil rights

guaranteed by the U.S. Constitution and those of disabled North Las Vegas residents.

The aforesaid deliberate indifference to Plaintiff's serious psychiatric and physical disabilities constitute cruel and unusual punishment in violation of the Eighth Amendment to the United States Constitution.

WHEREFORE, Plaintiff prays for relief, for himself, and for all disabled residents of North Las Vegas.

**THIRD CLAIM FOR RELIEF**

(Denial of Constitutional Right against Unreasonable Seizure in Violation of The Fourth and Fourteenth Amendment to the U.S. Constitution on behalf of Plaintiff and disabled North Las Vegas Residents

Plaintiff hereby repeats, realleges, and incorporates by reference all preceeding paragraphs in its entirety as though fully restated herein.

Plaintiff was repeatedly unlawfully arrested and prosecuted by Defendants of which constitutes unreasonable seizures and violated Plaintiff's right to due process of law under the Fourteenth

Amendment and to liberty under the Fourth Amendment of the

United States Constitution and 42 U.S.C. $1983

WHERFORE ,Plaintiff prays for relief, for himself and for all

disabled North Las Vegas Residents

### FOURTH CLAIM FOR RELIEF

( Denial of Constitional Right of Equal Protection of the Laws in

Violation of The Fourteenth Amendment to the United states

Constitution  on Behalf of Plaintiff and disabled Residents of North

Las Vegas

Plaintiff hereby repeats, realledges, and incorporates  by reference all

preceeding paragraphs in its entirety as though fully stated herein

Defendants policies, practices and procedures were intended and

designed to single out disabled  Plaintiff and disabled North Las

Vegas Residents to have the purpose and effect of depriving mentally

ill Plaintiff and mentally ill North Las Vegas Residents of their right

to equal treatment by all defendants. These policies and procedures

are based on Defendant's animus, disfavor, and deliberate

indifference to Plaintiff's real and or perceived mental illness and that

of other mentally ill North Las Vegas Residents and  lack a rational

relationship to any legitimate state and municipal interest. In adopting

and implementing these policies and practices; with intent to harm

and disadvantage disabled Plaintiff, and disabled North Las Vegas

Residents. Defendants have Violated the Equal Protection Clause of

the U.S. Constitution and 42 U.S.C. $ 1983.

WHERFORE , Plaintiff prays for relief, for himself and for all

disabled North Las Vegas Residents.

## FIFTH CLAIM FOR RELIEF

(Denial of Due Process of Law in Violation of the Fourteenth

Amendment to the U.S. Constitution on behalf of Plaintiff and

disabled North Las Vegas Residents)

Plaintiff realleges and incorporates all previous paragraphs of the

complaint, to the relevant extent, as if fully set forth by

Plaintiff and disabled North Las Vegas Residents

Plaintiff and disabled North Las Vegas Residents were not given any

appropriate Due process as a means to challenge or reverse

Defendants Unconstitutional policies and procedures, non action of

complaints to THE CITY OF NORTH LAS VEGAS  POLICE

DEPARTMENT'S ANIMAL CONTROL DIVISION, and denial of

Equal Participation in THE CITY OF NORTH LAS VEGAS

Services to the Public in Direct Violation of TITLE 11, AND

SECTION 504 of THE AMERICANS WITH DISABILITIES ACT

("ADA")

WHEREFORE, Plaintiff prays for relief, for himself and all disabled

North Las Vegas Residents

## SIXTH CLAIM FOR RELIEF

(Denial of the Right to Legal Counsel and the Right to compel

favorable witness to testify at trial through the subpoena power of the

Judiciary in Violation of the Sixth Amendment)

Plaintiff hereby repeats , realledges, and incorporates by reference all

the allegations in the preceeding paragraphs of the complaint, to the

relevant extant ,as if fully set forth

Defendants THE CITY OF NORTH LAS VEGAS and JUDGE

SEAN HOEFFGEN failed to provide the Right of Legal Counsel for

disabled Plaintiff and disabled North Las Vegas Residents, and

failed to provide Plaintiff the Right to compel favorable witnesses to

testify at trial on July 31, 2017 in direct Violation of The Sixth
Amendment.

WHEREFORE, Plaintiff prays for relief, for himself and disabled
North Las Vegas Residents.

### SEVENTH CLAIM FOR RELIEF

### VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C. 1983

### CUSTOM,  POLICY, PRACTICE

Plaintiff hereby repeats, realledges ,and incorporates by reference all
preceeding paragraphs in their entirety as though fully stated herein.

THAT AT ALL TIMES , THE CITY OF NORTH LAS VEGAS
Developed and maintained policies and/or customs exhibiting
deliberate indifference to The Constitutional Rights of United States
citizens , which caused the violations of  disabled Plaintiff's Rights
and the Rights of disabled North Las Vegas Citizens.

The actions of the defendants herein resulted from and were taken
from a de facto policy of THE CITY OF NORTH LAS VEGAS
AND THE CITY OF NORTH LAS VEGAS POLICE
DEPARTMENT which is implemented by the police officers, city
attorneys , municipal court judge, employees, agents, contractors  of
the aforementioned defendants by summarily violating the

PLEADING TITLE - 64

Constitutional rights of disabled Plaintiff and disabled North Las

Vegas Residents as fully put forward in all the allegations in the

complaint in its entirety. That the above described policies and/or

customs demonstrate a deliberate indifference on the part of

Defendants THE CITY OF NORTH LAS VEGAS AND THE CITY

OF NORTH LAS VEGAS POLICE DEPARTMENT and were the

cause of the violations of disabled Plaintiffs Rights and the Rights of

Disabled North Las Vegas Citizens.

WHEREFORE , Plaintiff prays for relief ,for himself and for all

disabled North Las Vegas Citizens.

## STATE CLAIMS

Plaintiff hereby repeats, realledges, and incorporates by reference all

the preceeding paragraphs in their entirety as though fully restated

herein and applies to all the following state claims .

1.  False arrest and imprisonment against THE CITY OF NORTH

    LAS VEGAS POLICE DEPARTMENT

2.Intentional Infliction of Emotional Distress by all Defendants

3.Civil Conspiracy by all Defendants

4.Abuse of Process by all Defendants

5.Negligence by all Defendants

PLEADING TITLE - 65

6.Gross Negligence by all Defendants

7. Negligence Per se  by all Defendants

8. Negligent Hiring ,Training and Supervision

WHEREFORE, Plaintiff prays for relief, for himself and for all disabled North Las Vegas Residents

## PRAYER FOR RELIEF

Wherefore, Plaintiff prays that this Court will grant judgement in favor of Plaintiff and declare that the Defendants actions violate Title 11  and section 504 of the ADA.

1. Award compensatory damages

2. Injunctive relief

3. General damages in an amount to be proven at trial as to each and every claim herein

4. Exemplary and/or punitive damages in an amount to be proven at trial as to each and every claim herein

5. Prejudgement interest pursuant to law

6. Declaratory relief declaring defendants policies, procedures and conduct to be unconstitutional

7. Following a proper motion, a permanent injunction requiring Defendants THE CITY OF NORTH LAS VEGAS AND THE CITY OF NORTH LAS VEGAS POLICE DEPARTMENT to adopt appropriate policies regarding the hiring, training, supervision of their Police Officers, Judges, City Attorneys and all other employees

8. Reasonable Attorneys fees and costs pursuant to all applicable Federal and State codes, rules, including without limitation 42 U.S.C. $1988; and such other and further relief as the court deems just and proper.

### DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues in this action to the extent authorized by law.

DATED THIS 25TH DAY OF FEBRUARY 2016

RESPECTFULLY SUBMITTED,



LEE EDWARD SZYMBORSKI

PLEADING TITLE - 67