# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Lee Edward Szymborski, | Case No. 2:19-cv-00335-JAD-VCF |
| Plaintiff | |
| v. | |
| The City of North Las Vegas, et al., | **Order Granting Extension of Time to Respond to Motion to Dismiss** |
| Defendants | [ECF No. 15] |

Plaintiff Lee Edward Szymborski moves for a 30-day extension of his deadline to respond to the defendants' motion to dismiss.[1] Because plaintiff has demonstrated that he has had difficulty receiving his mail due to an event that occurred on April 7, 2019, and represents that he has not yet received a copy of the motion to dismiss, and defendant's certificate of service [ECF No. 17] reflects that a copy of that motion was mailed to plaintiff yesterday, I find good cause for the extension and grant it.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to extend time **[ECF No. 15] is GRANTED**; Szmborski's **deadline to respond to the motion to dismiss [ECF No. 9] is extended to May 22, 2019**.

Dated: April 16, 2019

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 9 (motion to dismiss); ECF No. 15 (motion to extend time).