**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| LEE EDWARD SZYMBORSKI,<br><br>            Plaintiff,<br><br>vs.<br><br>THE CITY OF NORTH LAS VEGAS, *et al.*,<br><br>            Defendants. | 2:19-cv-00335-JAD-VCF<br><br><br>**ORDER** |

Before the Court is *Lee Edward Szymborski v. The City of North Las Vegas, et al.*, case number 2:19-cv-00335-JAD-VCF.

Clerk's Judgment was entered on February 5, 2020.  (ECF No. 33).

Accordingly,

IT IS HEREBY ORDERED that the status hearing scheduled for April 15, 2020, is VACATED.

DATED this 24th day of March, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE